1 | MELINDA HAAG (CABN 132612)
United States Attorney

2 | MIRANDA KANE (CABN 150630)
3 | Chief, Criminal Division

4 | HEATHER M. MELTON (CABN 260870)
Special Assistant United States Attorney

5
450 Golden Gate Ave., Box 36055
6 | San Francisco, California 94102
Telephone: (415) 436-7200
7 | Fax: (415) 436-7234
E-Mail: heather.melton@usdoj.gov

8
Attorneys for United States of America

9

10 | UNITED STATES DISTRICT COURT
11 | NORTHERN DISTRICT OF CALIFORNIA
12 | SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           )  No. CR 11-0256 -JSC
                                        )
14 |        Plaintiff,                  )
                                        )  NOTICE OF DISMISSAL
15 |   v.                               )
                                        )
16 | TIFFANY SAWYER,                    )
                                        )
17 |        Defendant.                  )
     _____)

18

19 | With leave of the Court, pursuant to Federal Rule of Criminal Procedure 48(a), and
20 | because defendant has successfully completed her twelve month period of pre-trial diversion, the
21 | United States Attorney for the Northern District of California dismisses the above information
22 | without prejudice.

23 | DATED: December 7, 2012                        Respectfully submitted,

24 |                                                MELINDA HAAG
                                                    United States Attorney
25

26                                                  _____
                                                    MIRANDA KANE
27                                                  Chief, Criminal Division

28
NOTICE OF DISMISSAL
[CR 11-0256 JSC]

1    Leave is granted to the government to dismiss the above-captioned Information without
2  prejudice.
3
4  DATED:  December 10, 2012



_____
HONORABLE JACQUELINE SCOTT CORLEY
United States Magistrate Judge

NOTICE OF DISMISSAL
[CR 11-0256 JSC]                                2